

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00226-CV

IN RE GRAND LODGE OF TEXAS                              RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

We have considered "Relator's Motion To Dismiss Petition For Writ Of Mandamus." It is the court's opinion that the motion should be granted; therefore, we dismiss the petition. *See* Tex. R. App. P. 52.8.

Further, we lift our June 24, 2011 stay of Respondent the Honorable Pat Ferchill's verbal June 22, 2011 order requiring relator to produce documents by June 23, 2011, and Respondent the Honorable Lin Morrisett's May 26, 2011 order requiring relator to produce documents and/or a privilege log by June 2, 2011, in cause number 2005-0000284-1-2, styled *Estate of T J Gardner,*

---

[1]*See* Tex. R. App. P. 47.4.

*Deceased*, pending in Probate Court No. 2 of Tarrant County, Texas. "Relator's Emergency Motion For Enforcement Of Stay" and real parties in interest's "Conditional Motion to Determine no Violation of Court's Stay Order" are denied as moot.

PER CURIAM

PANEL: MCCOY, WALKER, and MEIER, JJ.

DELIVERED: October 27, 2011